Lewis Romero, Attorney at Law
State Bar Number 197231
Paul Alaga, Attorney at Law
State Bar Number 221165
885 Bryant Street, Suite 202
San Francisco, CA 94103
415.581.0885 Tel
415.581.0887 Fax

Attorneys for Mark Malamud

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | NO: CR 12-00505-1 WHA |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF SENTENCING HEARING SET FOR FEBRUARY 12, 2013 AND PROPOSED ORDER** |
| v. | |
| MARK MALAMUD, | |
| Defendant. | |

For purposes of preparation of the pre-sentence reports, as well as the preparation of counsel for the sentencing hearing, the parties are requesting that this Court issue an Order continuing the sentencing hearing currently set for February 12, 2013 at 2:00 p.m. until March 5, 2013 at 2:00 p.m. All parties have agreed to this continuance.

IT IS HEREBY STIPULATED, by and between counsel to this action, that this Court issue

///

///

///

///

CR12-00505-1 WHA 1

an Order continuing the sentencing hearing until March 5, 2013 at 2:00 p.m.

Approved as to form and content:

Dated:1/30/2013　　　　　　　　　　　　　　　　　/S/　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Doug Sprague,
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the United States of America

Dated:1/30/2013　　　　　　　　　　　　　　　　　/S/　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Lewis Romero,
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Mark Malamud

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |
| 8 |   |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO: CR 12-005005-1 WHA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. |   |
| MARK MALAMUD, |   |
| Defendant. |   |

Upon stipulation of the parties to the above-entitled matter, and Good Cause having been shown, IT IS HEREBY ORDERED that the sentencing hearing currently set for February 12, 2013 at 2:00 p.m. be continued until March 5, 2013 at 2:00 p.m.

Dated: January 31, 2013.



HONORABLE WILLIAM H. ALSUP